UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELIAS LINARES, YVETTE SPADY,
MOSETTA MOREHEAD, and KEITH
CLARK,

                Plaintiffs,

  -against-

ALPHONSO JACKSON, in his capacity as
the Secretary for the UNITED STATES
DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT, and the UNITED
STATES DEPARTMENT OF HOUSING &
URBAN DEVELOPMENT; and
PRESCIENT, INC.,

                Defendants.
-------------------------------------------------------------------X

JUDGMENT
06-CV- 0876 (FB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 18 2008 ★

BROOKLYN OFFICE

        A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on January 3, 2008, granting the remaining plaintiffs' partial summary judgment and declaring that 24 C.F.R. § 247.10 is unconstitutional; and dismissing the case on July 17, 2008; it is

        ORDERED and ADJUDGED that the Court grants the remaining plaintiffs' partial summary judgment and declares that 24 C.F.R. § 247.10 is unconstitutional; and that that case is dismissed.

Dated: Brooklyn, New York
       July 17, 2008

                                                    s/RCH
                                             ROBERT C. HEINEMANN
                                             Clerk of Court