**MANDATE**

EDNY (Brooklyn)
06-cv-876
Hon. Frederic Block
Hon. Kiyo Matsumoto



UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - -X
ELIAS LINARES, YVETTE SPADY,
MOSETTA MOREHEAD and KEITH CLARK,

        Plaintiffs,

  v.

SECRETARY FOR THE UNITED STATES
DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT and UNITED STATES
DEPARTMENT OF HOUSING & URBAN
DEVELOPMENT,

        Defendants.
- - - - - - - - - - - - - - - - - -X

STIPULATION OF DISMISSAL

Docket No. 08-4522-cv

All parties, by their undersigned counsel, hereby stipulate to the dismissal of the above-captioned appeal, pursuant to Fed. R. App. P. 42(b). The parties will bear their own costs and fees, including attorney's fees and disbursements.

Dated: Brooklyn, New York
      December 10, 2008

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York
Attorney for Appellants
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
    VARUNI NELSON
    Assistant U.S. Attorney
    (718) 254-6015

Dated: Brooklyn, New York
      December 10, 2008

SOUTH BROOKLYN LEGAL SERVICES
105 Court Street
Brooklyn, New York 11201
Attorney for Appellees

By: _____
    EDWARD JOSEPHSON, ESQ.
    (718) 237-5531

SO ORDERED:

_____
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Dec 18, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

Certified: December 18, 2008